[No. 12571.   Department One.   August 4, 1915.]

RIFFE-KIRKPATRICK COMPANY, *Respondent*, v. WEST COAST PACKING COMPANY, *Appellant*, J. A. LARGAUD, *Respondent*.[1]

Appeal from a judgment of the superior court for Whatcom county, Hardin, J., entered May 16, 1914, upon findings in favor of the plaintiff, in an action on contract, tried to the court. Affirmed.

*Newman & Kindall*, for appellant.
*Brown, Peringer & Thomas*, for respondent.

PER CURIAM.—This is an action to recover money. No question of law is involved. After a full hearing, judgment went for the plaintiff and against the defendant West Coast Packing Company.

We have read the entire record. The testimony is in sharp conflict. We believe with the trial judge that the plaintiff has sustained his case by a preponderance of the evidence.

Affirmed.

---

[No. 12646.   Department Two.   August 4, 1915.]

ABERDEEN LUMBER & SHINGLE COMPANY, *Appellant*, v. CHEHALIS COUNTY *et al.*, *Respondents*.[2]

Appeal from a judgment of the superior court for Chehalis county, Irwin, J., entered February 4, 1915, upon findings in favor of the defendants, dismissing an action to secure the reduction of a tax, tried to the court. Affirmed.

*Hogan & Graham* and *Bridges & Bruener*, for appellant.
*J. E. Stewart, Wm. E. Campbell, A. Emerson Cross*, and *O. M. Nelson*, for respondents.

PER CURIAM.—This case is controlled by the decision in the case of *National Lumber & Mfg. Co. v. Chehalis County, ante* p. 483, 150 Pac. 1164, and upon the authority of that case, the judgment is affirmed.

[1]Reported in 150 Pac. 1172.
[2]Reported in 150 Pac. 1167.